### BENJAMIN HAZARD VS. BRIGANTINE *Wanton George,* 1748

J. Honyman

At a Court of Vice Admiralty held at Newport in the Colony afores[d] on Thursday the Twenty Second Day of December A. D. 1748.

### HAZARD VS BRIG[t] *Wan: George*

Present the Honble Peter Bours Esq[r] Dep: Judge
The Court being opened
Libel, Process etc.

It was conceded to in Court by the parties that M[r] Hazard made a Tender on or about the Tenth day of November last that he would give at the Rate of Four Thousand Pounds In Bills of the Old Tenor, for the Brigantine Wanton George, or they should have his part at the same rate, w[ch] they refused.

and the said Hazard comes into Court and says he will not let s[d] Wanton have his part now of s[d] Vessel at the rate of four Thousand Pounds, but expects more.

and after several Debates by the parties

The Court was adjourned untill Saturday next at Ten o Clock A. M. On Saturday the 24th of Dec[r] 1748 The Court was opened at which time his Honour the Dep: Judge pronounced his Decree.

accordingly the Court was adjourned untill further notice